# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMES LAM, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19CV143 HEA |
| CALEB DICUS and ANTHONY BALIVA, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion for extension of time to file their answer. The Court will grant defendants' motion. The Court will also instruct the Clerk of Court to change the docket to reflect the proper spelling of defendants' names.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for extension of time to file their answer [Doc. #20] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall change the docket to reflect the proper spelling of defendants Caleb Dicus' and Anthony Baliva's names.

Dated this 3rd day of October, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE